UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**YAMELY GUERRERO,**

    Plaintiff(s),                                  CASE NO.:   8:17-CV-134-JDW-TGW

v.

**OB HOSPITALIST GROUP, LLC, et al.,**

    Defendant(s).

_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**COME NOW**, Plaintiff, **YAMELY GUERRERO** ("Plaintiff"), and Defendants, **OB HOSPITALIST GROUP**, **LLC**, and **AMERIFINANCIAL SOLUTIONS**, **LLC** (collectively "Defendants"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that all matters alleged by Plaintiff in this action have been compromised and settled, and that Plaintiff's cause against Defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**[REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]**

Respectfully submitted this **September 20, 2017**,

| | |
|---|---|
| /s/ Kaelyn Steinkraus_____ | /s/ Laura E. Prather_____ |
| Kaelyn Steinkraus, Esq. | Laura E. Prather, Esq. |
| Florida Bar No. 125132 | Florida Bar No. 870854 |
| Michael A. Ziegler, Esq. | Jackson Lewis, PC |
| Florida Bar No. 74864 | 100 S. Ashley Drive, Ste. 2200 |
| Law Office of Michael A. Ziegler, P.L. | Tampa, FL 33602-5311 |
| 13575 58th Street North, Ste. 129 | (p) (813) 512-3225 |
| Clearwater, FL 33760 | (f) (813) 512-3211 |
| (p) (727) 538-4188 | laura.prather@jacksonlewis.com |
| (f) (727) 362-4778 | Attorney for Defendant OB Hospitalist |
| mike@zieglerlawoffice.com | Group, LLC |
| kaelyn@zieglerlawoffice.com | |
| Attorneys and Trial Counsel for Plaintiff | |

/s/ Barbara Fernandez_____
Barbara Fernandez, Esq.
Florida Bar No. 493767
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Blvd., Ste. 400
Coral Gables, FL 33134-6044
(p) 305-358-7747
(f) 305-557-1063
bfernandez@hinshawlaw.com
Attorney for Defendant Amerifinancial
Solutions

**CERTIFICATE OF SERVICE**

I hereby certify that on this **20** day of **September, 2017**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

               /s/ Kaelyn Steinkraus
               Kaelyn Steinkraus, Esq.
               Florida Bar No. 125132