# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**YAMELY GUERRERO,**

    **Plaintiff,**

**v.**

**Case No: 8:17-CV-134-T-27TGW**

**OB HOSPITALIST GROUP, LLC and**
**AMERIFINANCIAL SOLUTIONS, LLC,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

    **BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt.

26).  Accordingly, this action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i). The Clerk is directed to **CLOSE** this file.

    **DONE AND ORDERED** this 20th day of September, 2017.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record